IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and LASERSCOPE, <br><br> Plaintiffs, <br><br> v. <br><br> LASER PERIPHERALS, LLC, <br><br> Defendant. | Civil Action No. 08cv4798 JNE/FLN |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs American Medical Systems, Inc. and Laserscope state that they are non-governmental corporate parties to this action. American Medical Systems, Inc.'s parent corporation is American Medical Systems Holdings Inc., which owns 100% of American Medical Systems, Inc.'s capital stock. No publicly held corporation owns 10% or more of American Medical Systems, Inc.'s stock. Laserscope is a wholly-owned subsidiary of American Medical Systems, Inc.

Dated: July 30, 2008

**Myers, Boebel & MacLeod L.L.P.**

*/s/ signature*

Misti N. Okerlund (#0296090)
Niall A. MacLeod (#269281)
Nicholas S. Boebel (#030217X)
Aaron A. Myers (#0311959)
5001 Chowen Ave. S., Suite 2000
Minneapolis, MN 55410
(612) 605-0616
**Attorneys for Plaintiffs**

SCANNED JUL 30 2008 U.S. DISTRICT COURT MPLS