Exhibit 17

# EXHIBIT C

# ScatterFree™ Lateral Emitting Laser Fibers



## Dual Wavelength Fibers

The ScatterFree™ Laser Fiber is now available in two models; the HBLF-60SF Dual Wavelength fiber for combination Ho:YAG and Nd:YAG laser systems and the DBLF-60SF for Nd:YAG and/or KTP/532 laser systems.

## Patented Tip Design

Laser Peripherals ScatterFree™ Laser Fibers feature a patented angled tip design that delivers the most precise and powerful lateral emitting laser treatment available with virtually zero scattered laser energy. The angled tip design with an integrated protective quartz cap provides exceptional durability in contact or close proximity to vaporize and coagulate soft tissue.



## Laser Compatibility

ScatterFree fibers are terminated with SMA-905 connectors specifically designed to work with several Holmium, Nd:YAG and *KTP/532 laser systems on the market.

## Safety

ScatterFree fibers are designed with a beam direction indicator on the distal end of the fiber. A triangular green indicator allows the surgeon to identify the position that the laser beam will laterally exit from the fiber. An adjustable turning device allows the fiber to be rotated to the desired treatment site.

For more information on our complete line of laser fibers call 1-800-966-5273.

PAT. NO. 5,537,499



*Quality Products for the Laser Professional*

AMS/LP 22

*FiberChoice™ Adapter System available for Laserscope® laser systems.

# ScatterFree™ Lateral Emitting Laser Fibers Specifications

| Model | HBLF-60SF | DBLF-60SF |
|---|---|---|
| *Description* | Dual Wavelength ScatterFree™ Laser Fiber SMA-905 w/Expansion Nut for combination Ho:YAG and Nd:YAG laser systems | ScatterFree™ Laser Fiber SMA-905 for Nd:YAG and *KTP/532 laser systems |
| *Fiber Core* | 550 microns | 550 microns |
| *Length* | 3.0 meters | 3.0 meters |
| *Outside Diameter* | 1.75mm | 1.75mm |
| *Beam Divergence* | 12-15° typical | 12-15° typical |
| *Beam Exit Angle* | 78° typical | 78° typical |
| *Maximum Power* | 80 watts @ 1064nm<br>80 watts @ 2100nm | 80 watts @ 1064nm<br>36 watts @ 532nm |
| *Packaging* | Packaged sterile. Single use only. Available individually or in boxes of five. | Packaged sterile. Single use only. Available individually or in boxes of five. |

PAT. NO. 5,537,499

*FiberChoice™ Adapter System available for Laserscope® laser systems.

Laserscope® is a registered trademark of Laserscope, San Jose, CA.

For more information on our complete line of laser fibers call 1-800-966-5273.



**1-800-966-5273**
1000 Boone Ave. North
Suite 300
Golden Valley, MN 55427

763-525-8460
763-525-8461 Fax
www.laserperipherals.com
info@laserperipherals.com



©2007 Laser Per pherals. Made in the U.S.A.



AMS/LP 24

AMS/LP 25



AMS/LP 26



Quanta Technologies, LLC
7620 N Hartman Lane #184
Tucson, Arizona 85743

Main: 800-000-0000
000-000-0000
Fax: 000-000-0000

www.quantaweb.com

## DIRECTIONS FOR USE

MODEL HBLF-60SF-PL
600μ DUAL WAVELENGTH SCATTERFREE™ LASER FIBER
WITH EXPANSION NUT

**Description:**
The HBLF-60SF-PL is a 600 micron fiber with an angled tip that transmits the laser energy laterally. The fiber tip is terminated with a protective quartz cap. The HBLF-60SF fiber includes a triangular green indicator, which is easily visible to the operator when the fiber is placed through an endoscope. This indicates the position at which the laser beam will laterally exit the fiber. The orange square indicates the fiber position 180 degrees (opposite) the laser beam exit point.
This product is packaged sterile for single use and should not be re-sterilized or reused. Dispose of properly after use.

**Intended Use:**
The HBLF-60SF-PL is manufactured for use in General, Urological, OB-GYN, Orthopedic and ENT laser surgical procedures for cutting, vaporizing or coagulating in any soft tissue application for which compatible Ho:YAG, and Nd:YAG lasers have been cleared. Refer to your laser system operator's manual for complete information regarding applications, contraindications, precautions and warnings when using this fiber.

**Fiber Compatibility:**
This fiber can be used with Ho:YAG or Nd:YAG laser systems that are equipped with a standard SMA-905 connection or used with an approved adapter for specific laser systems. The fiber is designed for use in endoscopes with a working channel in excess of seven french. Do not use this product with a deflecting bridge or double chamber cystoscope. Fiber breakage may result.

**Directions for Use:**
1. Refer to laser system user manual for use indications and instructions. All operating room personnel must be provided with appropriate laser protective eyewear before the procedure begins.
2. If required for proper system function and operation, calibration of the laser must be performed with a free beam or calibration fiber. Please see your laser operators' manual for calibration requirements and parameters.
*Caution:* Do not attempt to calibrate your laser with the HBLF-60SF fiber.
3. Remove the fiber carefully from its package to avoid inadvertent contamination. Inspect fiber before use.
4. Remove protective cap and attach SMA-905 connector to laser system. In the situation where an approved adapter is to be used, follow the instructions provided with the adapter for use on that particular laser system.
*Caution:* Care must be taken to keep the SMA-905 connector clean. Do not touch the exposed fiber surface.
5. Turn the laser system on. Operate the system's controls in accordance with the operator's manual and at settings appropriate to the procedure. When in "OPERATE" mode, the laser system's aiming beam should always be clearly visible to the user. Do not exceed 80 watts at 2100nm or 1064nm of power when utilizing the HBLF- 60SF fiber in a liquid environment, or 60 watts in an air environment.
6. Place the HBLF-60SF fiber at the desired position to the treatment site. Position the entire fiber length carefully to avoid inadvertent damage or contamination. You may rotate the fiber tip by using the adjustable turning device. Check to assure the turning device is placed in a comfortable position and holds the fiber snugly. Do not over-tighten the turning device.
7. Depress the laser system's footswitch to activate the laser output.
*Caution:* Do not pinch or otherwise excessively bend the fiber while lasing. Fiber failure may occur.
8. Keep the distal tip of the fiber as clean as possible during use to prevent overheating and damage. If removal is necessary to clean accumulated debris, carefully wipe along the fiber axis with a soft gauze.
*Caution:* Do not scrub or use an abrasive material. Be careful not to "pull" on the tip assembly to avoid fiber damage.
9. Following the laser procedure dispose of the HBLF-60SF fiber as bio-hazardous waste.

AMS/LP 28

### Precautions and Warnings:
Never use the HBLF-60SF fiber if the protective capsule becomes damaged and/or allows fluid to enter the fiber tip. Misdirection of laser energy from fiber may result.

Do not apply excessive force to the tip of the fiber as breakage may result.

High power/long duration applications of laser energy while placing the tip in contact with tissue may damage or significantly reduce the life of this product.

Do not exceed 80 watts at 2100nm or 1064nm of power when utilizing the HBLF-60SF fiber in a liquid environment, or 60 watts in an air environment.

Use lower power levels and shorter pulses to familiarize yourself with the operation of the HBLF-60SF fiber. Always use the lowest power settings required to achieve the desired tissue effect.

Before attempting to use the HBLF-60SF fiber, the physician should fully understand the use of the selected laser, safety considerations, tissue interaction, and proper technique specific to the treatment for which the physician intends to use this product.

Physician training should include review of published literature, medical meetings and presentations, didactic courses, hands-on laboratory experience, and observation/participation in cases performed by physicians experienced in laser therapy.

### Warranty:
The manufacturer warrants that reasonable care has been used in the design and manufacture of this instrument. This warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether expressed or implied by operation of law or otherwise, including, but not limited to, any warranties of merchantability or fitness. Handling, storage, cleaning, and sterilization of this instrument as well as factors relating to patient, diagnosis, treatment, surgical procedures, and other matters beyond the manufacturers control directly affect the instrument and the results obtained from its use. The manufacturers obligation under this warranty is limited to the repair or replacement of this instrument and the manufacturer shall not be liable for any incidental consequential loss, damage, or expense directly or indirectly arising out of the use of this instrument. The manufacturer or the distributor neither assumes, nor authorizes any other person to assume for it, any other or additional liability in connection with this instrument.

### Return/Repair Policy:
Fibers can be returned to the manufacturer or the distributor under certain conditions. Generally speaking, any product that fails under warranty may be returned for replacement, providing the product has failed due to defects in materials or workmanship and not misuse.

### Obtaining Return Material Authorization:
Before returning an item to the manufacturer or a distributor, you must obtain a Return Material Authorization (RMA) number. Credit will not be given if product(s) are returned without an RMA number. In the event you need to return product(s), please call the distributor with the following information:
1. Customer Name
2. Hospital Name
3. Model Number
4. Lot Number
5. Reason for Return

### Special Notes:
In order to protect the Hospital, the distributor and the manufacturer, all products must be decontaminated (i.e., cleaned, disinfected and/or sterilized) and returned in a sealed pouch. At the time of receipt, evaluation and testing of the returned product will be done to determine if credit is due. The manufacturer only warrants products for defects in materials and workmanship.

### Unused/Unopened Product:
Sterile disposable products can only be returned if the seal on the original package is not broken. Items must be returned within 30 days and will be subject to a 25% restocking fee. Items cannot be returned after 30 days and will not be credited.

### Manufactured by:
Laser Peripherals LLC

Copyright 2004
All rights reserved.

Document #3286-1
rev. 05/04

AMS/LP 29



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                    Public Health Service

                                                                            Food and Drug Administration
                                                                            9200 Corporate Boulevard
                                                                            Rockville MD 20850

JUL 1 2 1999

Ms. Nancy L. Arnold
President
Laser Peripherals, Inc.
5484 Feltl Road
Minnetonka, Minnesota 55343

Re:   K992083
      Trade Name: ScatterFree™ Lateral Emitting Fiber
      Regulatory Class: II
      Product Code: GEX
      Dated: June 18, 1999
      Received: June 21, 1999

Dear Ms. Arnold:

We have reviewed your Section 510(k) notification of intent to market the device referenced above and we have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (Premarket Approval), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 895. A substantially equivalent determination assumes compliance with the current Good Manufacturing Practice requirement, as set forth in the Quality System Regulation (QS) for Medical Devices: General regulation (21 CFR Part 820) and that, through periodic (QS) inspections, the Food and Drug Administration (FDA) will verify such assumptions. Failure to comply with the GMP regulation may result in regulatory action. In addition, FDA may publish further announcements concerning your device in the Federal Register. Please note: this response to your premarket notification submission does not affect any obligation you might have under sections 531 through 542 of the Act for devices under the Electronic Product Radiation Control provisions, or other Federal laws or regulations.

AMS/LP 30

Page 2 – Ms. Nancy L. Arnold

This letter will allow you to begin marketing your device as described in your 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801 and additionally 809.10 for in vitro diagnostic devices), please contact the Office of Compliance at (301) 594-4595. Additionally, for questions on the promotion and advertising of your device, please contact the Office of Compliance at (301) 594-4639. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR 807.97). Other general information on your responsibilities under the Act may be obtained from the Division of Small Manufacturers Assistance at its toll-free number (800) 638-2041 or (301) 443-6597 or at its internet address "http://www.fda.gov/cdrh/dsmamain.html".

Sincerely yours,

Celia M. Witten, Ph.D., M.D.
Director
Division of General and
    Restorative Devices
Office of Device Evaluation
Center for Devices and
    Radiological Health

Enclosure

Special 510(k): Device Modification for the ScatterFree™ Fiber                    06/18/99

## ATTACHMENT B

Indications for Use Statement

| | |
|---|---|
| **510(k) Number** | K992083 |
| **Device Name** | ScatterFree™ Lateral Emitting Fiber |
| **Indications For Use** | The ScatterFree™ Lateral Emitting Fiber is intended for use in General, Urological, OB-GYN, Orthopedic and ENT laser surgical procedures for cutting, vaporizing or coagulating in any soft tissue application for which compatible Nd:YAG, KTP and Ho:YAG lasers have been cleared. |

**PLEASE DO NOT WRITE BELOW THIS LINE – CONTINUE ON ANOTHER PAGE IF NEEDED**

Concurrence of CDRH, Office of Device Evaluation (ODE)

Prescription Use __X__          OR          Over-The-Counter Use _____
(Per 21 CFR 801.109)

(Division Sign-Off)
Division of General Restorative Devices
510(k) Number _____ K992083

11

AMS/LP 32



Home > Human Medicine

# Human Medicine



The product range from KARL STORZ includes rigid and flexible endoscopes, instruments for the entire field of human medicine. Innovative products such as a fully digital video chain and KARL STORZ AIDA®, the central image and data archiving system, make for documentation that is convenient, comprehensive and high in quality.

With the KARL STORZ OR1™ a visionary OR concept for minimally invasive surgery of the future has taken shape: it is a fully integrated OR, centrally monitored and controlled, in which surgical processes and routine work are simultaneously streamlined and simplified.

© Copyright KARL STORZ GmbH & Co. KG, Tuttlingen

AMS/LP 33



Home > Human Medicine > Urology

# Urology



Urology today would be unthinkable without the diagnostic and therapeutic methods of modern endoscopy. Cystoscopy, transurethral prostate resection (TURP) and urethrotomy are now a matter of routine and are undergoing continual improvement made possible by new technologies.

Working elements for the operation of laser probes, rigid and flexible instruments for interventions in the ureter or for conservative nephrolithotomy, as well as instrument sets for laparoscopy and pediatric urology complete the range of essential endourological products.

KARL STORZ can also supply you with high-frequency surgical units and devices for lithotripsy in the bladder, ureter and kidney.

**Laparoscopy in Surgery, Gynecology and Urology**
Laparoscopy, the inspection of the abdominal cavity with a rigid endoscope, has long been used in medicine to view abdominal and pelvic organs. more

© Copyright KARL STORZ GmbH & Co. KG, Tuttlingen

AMS/LP 34

Home -> Homepage Sections -> Urology -> Prostate Treatment

**Urology:**

► Cystoscopes
► Energy Equipment
► Endourology
► Pediatric Urology
► **Prostate Treatment**

## Prostate Treatment

Olympus provides a complete line of endoscopic instruments, flexible fiberscopes and videoscopes as well as imaging systems for Urology. Our legendary optics combined with the research and development efforts that are driven by the input provided by leading urologists ensures that we continue developing innovative products that meet the ever-changing needs of your specialty.



### Cystoscopy

- *Flexible Cystoscopy*
- *Rigid Cystoscopy*

### Pediatric Urology

- *Rigid Cystoscopy*
- *Resection*
- *Percutaneous Nephroscopy*

### Electrosurgical Equipment

- *UES-40 SurgMaster Electrosurgical Unit*

### Endourology

- *Flexible Ureteroscopy*
- *Semi-rigid Ureteroscopy*
- *Percutaneous Nephroscopy*
- *Lithotripsy*

### Prostate Treatment

- *OES Pro Resectoscopes*
- *Laser Cystoscope*

To schedule an evaluation or to request product literature please click here.

AMS/LP 35



Home -> Products by Speciality -> Urology -> Flexible Cystoscopy

**Flexible Cystoscopy:**

▶ CYF-5/5A Flexible Fiber Cystoscope

▶ CYF-V2/VA2 Flexible Video Cystoscope

## Flexible Cystoscopy

Olympus provides a complete range of flexible cystoscopes and imaging systems for urology. Our legendary optics combined with the research and development efforts that are driven by the input provided by leading urologists ensures that we continue developing innovative products that meet the ever-changing needs of your specialty.

CYF-5 Flex. Fiber Cystoscope          CYF-V2 Flex. Video Cystoscope

To schedule an evaluation or to request product literature please click here.

Terms | Privacy

AMS/LP 36

Home -> Products by Speciality -> Urology -> Flexible Cystoscopy -> CYF-5/5A Flexible Fiber Cystoscope

**Flexible Cystoscopy:**

- ▶ **CYF-5/5A Flexible Fiber Cystoscope**
- ▶ CYF-V2/VA2 Flexible Video Cystoscope

## CYF-5/5A Flexible Fiber Cystoscope



The CYF-5/5A flexible cystoscopes have been developed with a new tapered tip.  The Evolutiontip$^{TM}$ allows a smoother, more atraumatic insertion.  This is in addition to the exclusive four stages of flexibility that permits the scope to easily conform to the anatomy.  A detachable light-guide cable connection has also been adopted to improve handling and simplify cleaning and disinfection. The CYF-5 cystoscopes may also be combined with a miniature light source for maximum portability, while the proprietary image bundle provides exceptional clarity, brightness, and color reproduction.

- Active bending section allows 210° up/ 120° down angulation for optimal viewing of ureteral openings and the bladder dome
- Passive bending section improves deflection angle for easier viewing of the bladder neck
- Flexible insertion tube section conforms to the anatomy to improve patient comfort
- Semi-flexible insertion tube section allows the operator to manipulate the instrument at the tip while stabilizing the scope in the urethra

To schedule an evaluation or to request product literature please click here.

Terms | Privacy

AMS/LP 37



Home -> Products by Speciality -> Urology -> Laser Cystoscope

**Urology:**
- ▶ Flexible Cystoscopy
- ▶ Flexible Ureteroscopy
- ▶ **Laser Cystoscope**
- ▶ Lithotripsy
- ▶ OES Pro Resectoscopes
- ▶ Pediatric Cystoscopy
- ▶ Pediatric Resection
- ▶ Pediatric Percutaneous Nephroscopy
- ▶ Percutaneous Nephroscopy
- ▶ Rigid Cystoscopy
- ▶ Semi-rigid Ureteroscopy
- ▶ UES-40 SurgMaster Electrosurgical Unit

## Laser Cystoscope



The Olympus Continuous Flow Laser Cystoscope is designed with a laser control adapter to ensure the best longitudinal control and provides good visual control over the laser effect on the tissue throughout the whole procedure.

To schedule an evaluation or to request product literature please click here.

AMS/LP 38



# UROLOGY↓

**Cystoscopes**  **Ureteroscopes**  **Urethrotomes**  **Lithotripsy**  **Laser Therapy**  **Pediatric Urology**  **Accessory Instrumentation**  **Nephroscopes**  **Resectoscopes**

## Urology Product Specialties

Richard Wolf offers a complete line of Urology endoscopes and accessories for all Urological applications:
Cystoscopy; Incontinence Therapy; Flexible Cystoscopes; Urethrotomes; Resectoscopes; Prostate Therapy; Ureteroscopes; Percutaneous Nephroscopes; Lithotripsy; Laser Therapy; Pediatric Urology; Accessory Instruments; and Cleaning Products.

Richard Wolf also offers a wide variety of various trays to protect all of your Urology endoscopes and instruments.



Copyright © 2008 Richard Wolf. All Rights Reserved. Privacy

Design by Guidance Development

AMS/LP 39