Exhibit 19

# Reflecting Surface



**Figure 1: #1 side-a**

# Glass Cladding



Figure 2:  #2 front



**Figure 3: #2 fusion joint**



Figure 4: #2 side

# Reflecting Surface



**Figure 5:  #2a side**



Figure 6:  HBLF-600SF-PL E09110 - Fiber 1 - Back View 2



Figure 7:  HBLF-600 SF-PL E09110 - Fiber 1 - Back View



Figure 8:  HBLF-600 SF-PL E09110 - Fiber 1 - Front View 2



Figure 9:  HBLF-600 SF-PL E09110 - Fiber 1 - Front View



Figure 10:  HBLF-600 SF-PL E09110 - Fiber 1 - proximal end



Figure 11:  HBLF-600 SF - PL E09110 - Fiber 1 - Side View



**Figure 12:  proximal end scale**



Figure 13:  HBLF-PL E09110 - Fiber 2 - Back View 2



**Figure 14:  HBLF-600SF-PL E09110 - Fiber 2 - Back View**



**Figure 15:  HBLF-600SF-PL E-9110 - Fiber 2 - Front View 2**



Figure 16:  HBLF-600SF-PL E09110 - Fiber 2 - Front View



Figure 17:  HBLF-600SF-PL E09110 - Fiber 2 - Side View 2



Figure 18:  HBLF-600SF-PL E09110 - Fiber 2 - Side View



Figure 19:  LP Fiber 1 Proximal End



Figure 20:  LP Fiber 2 Proximal End



Figure 21:  40 LP MM 45X