UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

American Medical Systems, Inc.,
and Laserscope,

       Plaintiffs,

v.                                                                      Civil No. 08-4798 (JNE/FLN)
                                                                        ORDER
Laser Peripherals, LLC,

       Defendant.

       This case is before the Court on the objections of American Medical Systems, Inc., and

Laserscope (collectively, Plaintiffs) to an Order issued by the Honorable Franklin L. Noel,

United States Magistrate Judge, on August 21, 2009, denying Plaintiffs' motion to compel or, in

the alternative, for leave to supplement their claim charts.  Laser Peripherals, LLC, responded to

Plaintiffs' objections.  Having reviewed the record, the Court affirms the magistrate judge's

Order because it is neither "clearly erroneous" nor "contrary to law."  *See* 28 U.S.C.

§ 636(b)(1)(A) (2006); Fed. R. Civ. P. 72(a); D. Minn. LR 72.2(a).  Therefore, IT IS ORDERED

THAT:

    1.      Plaintiffs' objections to the magistrate judge's August 21 Order [Docket
            No. 156] are OVERRULED.

    2.      The magistrate judge's August 21 Order [Docket No. 147] is AFFIRMED.

Dated:  September 24, 2009                          s/  Joan N. Ericksen
                                                                        JOAN N. ERICKSEN
                                                                        United States District Judge