**DOCUMENT REMOVED**

**PER COURT ORDER**